HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, CA SBN #304781
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
TONY ISLAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 6:15-mj-00037-MJS |
| Plaintiff, | ) | |
| | ) | STIPULATION TO VACATE BENCH TRIAL |
| vs. | ) | AND SET MATTER FOR CHANGE OF PLEA |
| | ) | AND SENTENCING; ORDER THEREON |
| TONY ISLAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY STIPULATED**, by and between the parties through their respective counsel, Yosemite Legal Officer Matthew McNease, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Tony Islas, that the bench trial in the above-captioned matter set for January 28, 2016, be vacated and that a change-of-plea and sentencing hearing be set for January 27, 2016, at 10:00 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

                                        Respectfully submitted,

Date: December 21, 2015         */s/ Matthew McNease*
                                        MATTHEW MCNEASE
                                        Yosemite Legal Officer
                                        Counsel for the Plaintiff

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: December 21, 2015         */s/ Erin Snider*
                                        ERIN SNIDER
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        TONY ISLAS

## **O R D E R**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the bench trial for *United States v. Tony Islas*, case number 6:15-mj-00037-MJS, is hereby vacated. A change-of-plea and sentencing hearing will be held January 27, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   December 22, 2015               /s/ *Michael J. Seng*
                                                               UNITED STATES MAGISTRATE JUDGE