HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
TONY ISLAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:15-mj-00037-JDP |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE REVIEW HEARING AND EXTEND TERM OF PROBATION: ORDER** |
| vs. | ) |
| TONY ISLAS, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff and Assistant Federal Defender Hope Alley, counsel for Tony Islas, that Mr. Islas's term of unsupervised probation be extended to expire on July 27, 2019, pursuant to 18 U.S.C. § 3564(d). The parties further request that the Court continue the review hearing in this matter to February 13, 2019 and continue the set surrender date to February 27, 2019.

Mr. Islas's review hearing is currently scheduled for August 14, 2018. By that date, Mr. Islas was ordered to complete the 18-month DMV course, apply for the traffic ticket amnesty program, pay off his state fines, and obtain his license. Mr. Islas has completed the DMV program, reapplied for the amnesty program (but was rejected), and has paid thousands of dollars towards his state fines. Mr. Islas is still attempting to clear any hold on his license, but he needs additional time to do this. Accordingly, the parties request that Mr. Islas's review hearing be continued to

February 13, 2019, at 10 a.m., his surrender date be continued to February 27, 2019 and his probation be extended to July 27, 2019, to give Mr. Islas time to clear his license, pay off the outstanding fines, and have his license reinstated.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: July 30, 2018         */s/ Susan St. Vincent*
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: July 30, 2018         */s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
TONY ISLAS

## **O R D E R**

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the August 14, 2018, hearing for Tony Islas, Case No. 6:15-mj-00037-JDP, is continued to February 13, 2019 at 10:00 a.m., his surrender date is continued to February 27, 2019, and his probation is extended to July 27, 2019.

IT IS SO ORDERED.

Dated:   August 2, 2018                          _____
UNITED STATES MAGISTRATE JUDGE