HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID HARSHAW, KY Bar # 86435
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorneys for Defendant
TONY ISLAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TONY ISLAS,<br><br>Defendant. | Case No. 6:15-mj-00037-JDP<br><br>STIPULATION AND ORDER TO CONTINUE REVIEW HEARING<br><br>DATE: February 13, 2019<br>TIME 10:00 a.m.<br>JUDGE: Hon. Jeremy D. Peterson |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender David Harshaw, counsel for Tony Islas, that the Court continue the scheduled February 13, 2019[1] hearing to July 30, 2019 at 10:00 a.m. This is to give the Defendant additional time to comply with the terms of his probation. The parties thus request that the Court continue Mr. Islas's February 13, 2019 hearing to July 30, 2019 at 10:00 a.m.

Additionally, the parties stipulate that Mr. Islas's probation, currently set to expire on July 24, 2019 should be extended until December 24, 2019.

DATED: February 6, 2019                Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        */s/ David Harshaw*

---

[1] This date is no longer even available on the Court's calendar.

-1-

DAVID HARSHAW
Assistant Federal Defender

Attorneys for TONY ISLAS

DATED: February 6, 2019

MCGREGOR W. SCOTT
United States Attorney

*/s/ Susan St. Vincent*
SUSAN ST. VINCENT
Yosemite Legal Officer
Attorney for Plaintiff

## ORDER

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the February 13, 2019 hearing for Tony Islas, in Case No. 6:15-mj-00037-JDP, is continued to July 30, 2019 at 10:00 a.m. Additionally, Mr. Islas's term of probation is extended until December 24, 2019.

IT IS SO ORDERED.

Dated: February 6, 2019

UNITED STATES MAGISTRATE JUDGE